ADKINS Justice.
We have for review Johnson v. State, 473 So.2d 690 (Fla. 2d DCA 1984), which relies on State v. Akers, 367 So.2d 700 (Fla. 2d DCA 1979), and expressly and directly conflicts with Ramsey v. State, 442 So.2d 303 (Fla. 5th DCA 1983), rev’d 475 So.2d 671 (Fla.1985). We have jurisdiction. Art. V, § 3(b)(3), Fla. Const.
*1377 Our recent reversal of Ramsey, and approval of Akers, warrants approval of the decision below.
It is so ordered.
oveRton, McDonald, ehrlich, SHAW and BARKETT, JJ., concur.
BOYD, C.J., dissents.